UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ~~99-3458~~-CIV-LENARD
*02-20261*

MAZEN AL NAJJAR,

     Petitioner,

vs.

JOHN ASHCROFT, Attorney General, United
States Department of Justice, *et al.*,

     Respondents.

_____/



# EXHIBIT 4: DECEMBER 11, 2000, BIA ORDER

TO

SUPPLEMENTAL COMPLAINT AND RENEWED PETITION FOR HABEAS CORPUS

U.S. Department of Justice                                    Decision of the Board of Immigration Appeals
Executive Office for Immigration Review

Falls Church. Virginia 22041

```
==============================================================================
```

File:    A26 599 077 - Bradenton                      Date:   December 11, 2000

In re:   MAZEN AL-NAJJAR

IN BOND PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:   Martin B. Schwartz, Esquire
                           3816 W. Linebaugh Avenue, Suite 401
                           Tampa, Florida 33624

ON BEHALF OF SERVICE:      Jeffrey L. Romig
                           Appellate Counsel

                           Daniel N. Vara, Jr.
                           District Counsel

APPLICATION:   Stay of execution


The Immigration and Naturalization Service filed a timely appeal from an Immigration Judge's December 6, 2000. order releasing the respondent from custody upon the posting of a bond in the amount of $8,000. The Service also requested a stay of execution of the Immigration Judge's bond order. The Board entered a temporary, emergency, 24 hour stay on December 6, 2000. On December 7, 2000, the Stay Panel referred the stay request to the Panel that will decide the merits of the appeal, and entered an order stating that the temporary stay granted on December 6, 2000, would remain in effect pending that Panel's consideration of the request for a stay pending appeal.

The Board has now considered the merits of the Service's request for a stay of execution of the Immigration Judge's release order. After consideration of all information submitted by the parties, the Board has determined there is little likelihood that the appeal will be sustained. Accordingly, the request for a stay of execution of the Immigration Judge's release order will be denied.

ORDER: The request for a stay of execution of the Immigration Judge's December 6. 2000. order is denied. The temporary stays granted on December 6 and December 7, 2000, are vacated.


FOR THE BOARD