UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-3458-CIV-LENARD
02-20261

MAZEN AL NAJJAR,

      Petitioner,

vs.

JOHN ASHCROFT, Attorney General, United
States Department of Justice, *et al.*,

      Respondents.

_____/



# EXHIBIT 5: DECEMBER 15, 2000, AG ORDER

TO

SUPPLEMENTAL COMPLAINT AND RENEWED PETITION FOR HABEAS CORPUS



**Office of the Attorney General**
Washington, D.C. 20530

ORDER NO.

In re: MAZEN AL-NAJJAR (A26 599 077 - Bradenton)

IN BOND PROCEEDINGS

_____

On December 12, 2000, I stayed the December 11, 2000, decision of the Board of Immigration Appeals to vacate its prior orders staying execution of the Immigration Judge's bond order of December 6, 2000, which had ordered the respondent released upon the posting of a bond of $8,000.

After review of the matter, I order today that my stay entered on December 12, 2000, in this matter is hereby vacated.

Date: December 15, 2000

Janet Reno
Attorney General