UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ~~99-3458~~-CIV-LENARD
*02-20261*

MAZEN AL NAJJAR,

       Petitioner,

vs.

JOHN ASHCROFT, Attorney General, United
States Department of Justice, *et al.*,

       Respondents.

_____/



**EXHIBIT 7:**      **STATEMENT OF CONSULATE GENERAL OF
THE STATE OF PALESTINE**

TO

SUPPLEMENTAL COMPLAINT AND RENEWED PETITION FOR HABEAS CORPUS

الخـبـيـر للـتـرجـمـة الـقـانـونـيـة

# AL KHABIR LEGAL TRANSLATION

## *Consulate General Of The State Of Palestine*
**Dubai –U.A.E.**

**Date:** 5/12/2001

## To Whom It May Concern

The Consulate General Of The State Of Palestine announced that the authorities in U.A.E .is absolutely not allowing holders of the Palestinian Travel Documents, given to the Palestinian refugees, to enter its territory by transit, visit or employment visa.

This notification is given as per the request of Mr. Abdul Karim Shihada Al Najar when he requested for assistance to obtain any entry visa for his son Mazen Abdul Karim Shihada Al Najar, holder of Egyptian Travel Document No. 28/98 issued at the   Arab Republic of Egypt Embassy in Washington on 25/11/1998 without any legal responsibility towards third parties.

**" Signature"**
**Consulate General Of State Of Palestine**

**Stamp of**
**Consulate General Of State Of Palestine**



Case 1:02-cv-20261-JAL Document 28 Entered on FLSD Docket 01/24/2002 Page 3 of 3

التاريخ : ٢٠٠١/١٢/٥م

## إلى من يهمـــه الأمـــــر

تفيد القنصلية العامة لدولة فلسطين بدبي — الإمارات العربية المتحدة بان السلطات المسئولة بالدولة لا تسمح مطلقاً لحملة وثائق السفر الفلسطينية الممنوحة للاجئين الفلسطينيين بالدخول إلى أراضيها بموجب تأشيرة عبور أو زيارة أو عمل .

هذا وقد أعطيت هذه الإفادة بناء على طلب السيد/ عبدالكريم شحاده النجار ، لدى طلبه المساعدة في الحصول على أي تأشيرة دخول لولده / مازن عبدالكريم شحاده النجار الذي يحمل وثيقة سفر مصرية صادرة من سفارة جمهورية مصر العربية بواشنطن رقم ٩٨/٢٨، بتاريخ ١٩٩٨/١١/٢٥ ، دون أدنى مسئولية قانونية تجاه حقوق الغير .

القنصلية العامة لدولة فلسطين _ دبي





هاتف : ٢٦٨١٦١٨ - فاكس : ٢٦٨٧٠٨٤ - ٢٦٢٠٠٦٩ - ص ب : ٢٢١٣٢ - دبي - دولة الإمارات العربية المتحدة
Tel : 2681618 - Fax: 2687084 - 2620069 - P.O.Box: 22132 Dubai - U.A.E .